UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>A. GUSTAFSON, et al.,<br><br>        Defendants. | No.  2:14-cv-0628 TLN KJN (TEMP) P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  The court previously issued a discovery and scheduling order herein, which established deadlines of (i) December 18, 2015, for conducting discovery, including the filing of any motions to compel, and (ii) February 26, 2016, for the filing of pretrial motions, except motions to compel discovery.  Defendants now move for a three-week extension of the discovery deadline, until January 8, 2016, based on plaintiff's request for additional time to respond to written discovery.  (ECF No. 20 at 2.)

Good cause appearing, IT IS HEREBY ORDERED that defendants' motion to modify the Discovery and Scheduling Order is granted.  The parties may conduct discovery until January 8, 2016.  Any motions necessary to compel discovery shall be filed by that date.  All pretrial

////

////

1

1  motions, except motions to compel discovery, shall be filed on or before February 26, 2016.

2  Dated: December 28, 2015

4  /wash0628.dso.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE