UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON, | No. 2:14-cv-00628 TLN DB |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| A. GUSTAFSON, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2017, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 53.) Defendants have filed objections to the findings and recommendations. (ECF No. 54.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that Defendants' motion for summary judgment (ECF No. 30) is granted in part and denied in part:

1. The findings and recommendations filed March 9, 2017 (ECF No. 53) are adopted in full;

2. Summary judgment is granted on behalf of Defendant Kesler concerning all deliberate indifference claims;

3. Summary judgment is granted on behalf of Defendant Gustafson concerning the retaliation, deliberate indifference, and excessive force claims arising from the handcuffing of Plaintiff;

4. Summary judgment is denied on behalf of Defendants Aguilera, Blomquist, Gustafson, and Walker concerning the deliberate indifference claims arising from the alleged denial of medical treatment after the use of force incident;

5. Summary judgment is denied on behalf of Defendant Gustafson concerning the excessive force claim arising from his use of pepper spray against Plaintiff; and

6. Summary judgment is denied on behalf of Defendants Aguilera, Blomquist, Gustafson, and Walker concerning their qualified immunity defenses.

Dated: March 31, 2017

Troy L. Nunley
United States District Judge