UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON, | No. 2:14-cv-00628-TLN-DB P |
| Plaintiff, | |
| v. | ORDER |
| ANDREW GUSTAFSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983 alleging Defendant Miranda[1] was deliberately indifferent to his serious medical needs by determining that Plaintiff no longer qualified for several medical accommodations for which Plaintiff was previously approved at a different institution. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 6, 2017, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the

///

---

[1] Plaintiff's complaint and the docket sheet refer to this Defendant as "Rimanda." (See ECF No. 1.) However, this Defendant's own motion refers to him as "Miranda." (See ECF No. 29.) Accordingly, the Court shall refer to him as Defendant Miranda in this Order.

1

findings and recommendations were to be filed within fourteen days.  (ECF No. 52.)  Plaintiff filed objections to the findings and recommendations.  (ECF No. 59.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 6, 2017 (ECF No. 52), are adopted in full;

2. Defendant Miranda's motion for summary judgment (ECF No. 29) is granted; and

3. Summary judgment is granted in full on behalf of Defendant Miranda.

Dated: May 11, 2017

Troy L. Nunley
United States District Judge