UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>A. GUSTAFSON, et al.,<br><br>Defendants. | No. 2:14-cv-0628 TLN DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 29, 2019, plaintiff filed a request for assistance with obtaining discovery documents from defendants and/or to extend discovery dates. (See ECF No. 79). Defendants filed an opposition to the motion on October 14, 2019. (ECF No. 82). For the reasons stated below, the court shall deny plaintiff's request.

A review of the record in this case indicates that discovery in this matter closed on January 8, 2016. (See ECF No. 21). Therefore, plaintiff's request is untimely. Furthermore, although plaintiff cites to Senate Bill 1421 in support of this request, the court agrees with defendants' argument that this bill's amendment of California Penal Code § 832.7 law does not entitle plaintiff to any additional documents.

1        Section 832.7 states in relevant part that records which involve the use of force by a peace officer that results in death or great bodily injury are not confidential and are to be made available for public inspection. <u>See</u> Cal. Penal Code § 832.7(b)(1)(A)(ii). Plaintiff's viable excessive force claims relate to being sprayed with pepper spray and being handcuffed behind his back. (<u>See</u> ECF No. 6 at 5-6). These uses of force did not involve either death or great bodily injury in plaintiff's case. Furthermore, plaintiff's remaining viable claims are not covered under Section 832.7. (<u>Compare</u> ECF No. 6 at 5-6, <u>with</u> Cal. Penal Code § 832.7). For these reasons, plaintiff's request to obtain additional discovery shall be denied.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for assistance with obtaining discovery documents from defendants and/or to extend discovery dates, filed August 29, 2019 (ECF No. 79), is DENIED.

Dated: October 21, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/wash0628.eot.disc.den